# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIXIE L. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | C06-5471RBL<br><br><br><br>**FINAL** ORDER FOR EXTENSION OF TIME |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including April 4, 2007, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including April 18, 2007, to file Plaintiff's Reply Brief. **No further extensions will be granted by the Court.**

DATED this 20th day of March, 2007.

        */s/ J. Kelley Arnold*
        UNITED STATES MAGISTRATE JUDGE

Page 1     ORDER

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone:  206-615-3621
Fax:      206-615-2531
leisa.wolf@ssa.gov

Page 2      ORDER