UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIXIE SMITH, | Civil No. C06-5471RBL |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for amended ALJ decision and for reinstatement of benefits under a June 23, 2005 disability application pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

///

Page 1    ORDER

DATED this 2nd day of April, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone:  206-615-3621
Fax:    206-615-2531
leisa.wolf@ssa.gov

Page 2    ORDER