# United States District Court

WESTERN DISTRICT OF WASHINGTON

DIXIE L. SMITH

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5471RBL

    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's attorney Eitan Kassel Yanich is hereby  awarded EAJA fees of $3186.65 and  expenses of $22.27 pursuant to , 28 U.S.C. &2412,  payable from the Judgment Fund pursuant to 31 U.S.C. &1304.

May 18, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk